

FILED

DEC 1 8 2009

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

Steven M. Olson, Esq.
State Bar No. 146120
LAW OFFICE OF STEVEN M. OLSON
100 E Street, Suite 214
Santa Rosa, CA 95404
Telephone: (707) 575-1800
Facsimile: (707) 575-1867
Email: smo@smolsonlaw.com

Attorney for Susan Krimel, dba
West-Pac Bail Bond General Agency

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br><br>DAVID A. CLARK, JR.,<br><br>　　Debtor.<br>_____/<br><br>SUSAN KRIMEL, dba West-Pac Bail<br>Bond General Agency,<br><br>　　Plaintiff,<br><br>v.<br><br>DAVID A. CLARK, JR.,<br><br>　　Defendant.<br>_____/ | Case No. 08-29554<br>(Chapter 7)<br><br><br><br><br>A.P. No. 08-02567-A<br><br>Trial Date: October 28, 2009<br>Time: 10:00 a.m.<br>Location: 501 I Street, 6th Floor,<br>Courtroom 32, Sacramento, CA<br>Judge: Hon. David E. Russell |

### JUDGMENT DENYING DEBTOR'S DISCHARGE

Plaintiff Susan Krimel, dba West-Pac Bail Bond General Agency (the "Plaintiff"), having filed her Complaint to Deny Discharge; Defendant David A. Clark, Jr., the debtor

in the above-captioned Chapter 7 case (the "Debtor") having opposed the relief requested in the Complaint; the above-captioned proceeding having been tried on the date and at the time and location set forth in the caption; and the relief set forth herein appearing to be well grounded, based upon the evidence presented at trial and for the reasons set forth by the Court on the record at the conclusion of the trial; accordingly, it is

ORDERED, that the Debtor's discharge is hereby denied pursuant to 11 U.S.C. §§ 727(a)(2), (3), (4) and (5); and it is further

ORDERED, that the Plaintiff may recover her costs of suit herein.

Dated: 12/17/09

David E. Russell
U.S. Bankruptcy Judge